U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Belsly and Matt v. Funmobile Games, Inc. and Funmobile, Ltd.

Case Number:
FILED: JULY 22, 2008
08CV4170
JUDGE ANDERSEN
MAGISTRATE BROWN
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Funmobile Games, Inc. and Funmobile, Ltd.

| NAME (Type or print) |
|---|
| Nicole Auerbach |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Nicole Auerbach |

| FIRM |
|---|
| Valorem Law Group, LLC |

| STREET ADDRESS |
|---|
| 35 E. Wacker Drive, Ste. 2900 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6217095 | 312.676.5469 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |