IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRETA BELSLY AND GEORGIA MATT | ) |
| | ) |
| Plaintiffs, | ) Case No. 08CV4170 |
| | ) |
| v. | ) |
| | ) |
| | ) Hon. Judge Andersen |
| | ) Magistrate Judge Brown |
| FUNMOBILE GAMES, INC. and FUNMOBILE, LTD. | ) |
| | ) JOINT STIPULATION |
| Defendants | ) FOR |
| | ) EXTENSION OF TIME |
| | ) TO FILE |
| | ) ANSWER |

## STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER

It is hereby stipulated by the parties hereto that the original five (5) day period provided in Federal Rule 81(c)(2)(C) for Defendants to answer or otherwise plead after filing a notice of removal is extended to thirty (30) days after this Court decides Plaintiff's motion to remand this case to the Circuit Court of Cook County. By agreeing to this stipulation, Defendant does not consent to personal jurisdiction, and expressly reserves the right to contest jurisdiction in a timely filed pleading.

| KAMBER EDELSON LLC | VALOREM LAW GROUP LLC |
|---|---|
| /s/ Jay Edelson | /s/ Nicole Aurerbach |
| Jay Edelson | Nicole Nehema Auerbach |
| Myles McGuire | VALOREM LAW GROUP LLC |
| KAMBER EDELSON LLC | 35 E Wacker Drive, Ste. 2900 |
| 53 W. Jackson Blvd., Ste. 550 | Chicago, IL 60601 |
| Chicago, IL 60604 | 312.676.5469 |
| 312.589.6375 | Firm ID No. 44328 |
| 312.589.6372 | |
| Firm ID No. 44146 | |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |