UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRETA BELSLY and GEORGIA MATT, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> FUNMOBILE GAMES, INC., and FUNMOBILE LTD., <br><br> Defendants. | ) ) ) ) ) No. 08-cv-4170 ) ) Judge Wayne Anderson ) ) ) ) ) ) ) |

**NOTICE OF MOTION**

TO:   Nicole N. Auerbach
      Valorem Law Group LLC
      35 E. Wacker Drive, 29th Floor
      Chicago, Illinois 60601
      Email: nicole.auerbach@valoremlaw.com

On September 4, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne Anderson or any Judge sitting in his stead, in the courtroom usually occupied by him, located in Courtroom 1403 at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604 and present Plaintiffs' Motion to Remand, a copy of which is hereby served upon you.

Myles McGuire, Attorney for Plaintiff           (312) 589-6370
KamberEdelson, LLC                              (312) 873-4610 (Fax)
53 West Jackson Boulevard, Suite 550            mmcguire@kamberedelson.com
Chicago, Illinois 60604

**CERTIFICATE OF SERVICE**

Myles McGuire, an attorney, hereby certifies that he served Plaintiffs' Motion to Remand upon the person(s) to whom the preceding Notice of Motion is addressed by electronic transmission before 5:00 p.m. on August 14, 2008.

                                                By: /s/ Myles McGuire
                                                        Myles McGuire