## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Greta Belsly, et al.

Plaintiff,

v.                                                    Case No.: 1:08−cv−04170
                                                      Honorable Wayne R. Andersen

Funmobile Games, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

        MINUTE entry before the Honorable Wayne R. Andersen:Plaintiff's motion to
remand[9] is entered and briefed as follows: Responses due by 9/19/2008, Replies due by
9/26/2008. Status hearing set for 10/16/2008 at 09:00 AM.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.